United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON DARNEL RUNNER,

Defendant.

Case No.: CR 12-0563-PJH (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On October 9, 2008, Defendant Aaron Darnel Runner was convicted in the Eastern District of California of eleven counts of the following crimes: conspiracy to commit bank fraud, bank fraud, access device fraud, and possession of stolen mail. *See* 18 U.S.C. §§ 371, 1344, 1029(a)(2), 1708. He was sentenced to 46 months on each of the counts, with the sentences to be served concurrently, as well as a total of 60 months of supervised release.

On February 14, 2013, Judge Newman of the Eastern District of California issued an order finding that there was probable cause to believe Defendant had violated a condition of supervised release, and ordered that Defendant be detained and transported to this district for further proceedings.

The Form 12 presently before the Court alleges that Defendant violated the following conditions of his supervised release: that he refrain from any unlawful use of a controlled substance; that he report to his probation officer and submit a truthful and complete written report within the first five days of each month; that he answer truthfully all inquiries by the probation officer and follow instructions of the probation officer; that he should participate in a correctional treatment program to obtain assistance for drug or alcohol abuse; and that he reside at the

residential Re-Entry Center for a period of up to 60 days and abide by all program rules and regulations.

At the March 12, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Defender Ellen Leonida, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Talia Falk appeared on behalf of the United States. Probation officer Emily Libby was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: March 12, 2013

KANDIS A. WESTMORE
United States Magistrate Judge