United States District Court
Northern District of California

UNITED STATES OF AMERICA,

Plaintiff,

v.

AARON DARNEL RUNNER,

Defendant.

Case No.: CR 12-00563-PJH (KAW)

ORDER OF DETENTION PENDING SUPERVISED RELEASE VIOLATION HEARING

On October 9, 2008, Defendant Aaron Darnel Runner was convicted of two violations of 18 U.S.C. § 371 (conspiracy to commit bank fraud), seven violations of 18 U.S.C. § 1344 (bank fraud), one violation of 18 U.S.C. § 1029(a)(2) (access device fraud), and one violation of 18 U.S.C. § 1708 (possession of stolen mail). He was sentenced to 46 months of custody and five years of supervised release.

Defendant has three prior Forms 12. The Form 12 presently before the Court alleges that Defendant violated the condition of his supervised release requiring that he reside in a Residential Re-Entry Center for a period of four months and abide by all the program rules and regulations.

At the September 12, 2013 hearing before this Court, Defendant, who was in custody and represented by Assistant Federal Public Defender Ellen Leonida, waived his right to proffer information at a detention hearing, while retaining his right to seek release at a later hearing should his circumstances change. Assistant United States Attorney Kevin Lin appeared on behalf of the United States. Probation officer Michelle Nero (for Emily Libby) was also present.

The Court hereby detains Defendant, but because he has waived his right to present information under 18 U.S.C. § 3143(a)(1) without prejudice to raising relevant information at a

1

later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: September 13, 2013

KANDIS A. WESTMORE
United States Magistrate Judge